UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARSE and ARLENE SIMON, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>v.<br><br>ABIOMED, INC., MICHAEL R. MINOGUE and ROBERT L. BOWEN,<br><br>                Defendants. | No. 1:12-cv-12137-FDS |
| HOLLY SHAMASK, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>v.<br><br>ABIOMED, INC., MICHAEL R. MINOGUE, and ROBERT L. BOWEN,<br><br>                Defendants. | No. 1:12-cv-12160-FDS |

**THE INSTITUTIONAL INVESTOR GROUP'S MOTION FOR (1) APPOINTMENT AS LEAD PLAINTIFF, (2) APPROVAL OF ITS SELECTION OF CO-LEAD COUNSEL, AND (3) CONSOLIDATION OF ALL RELATED ACTIONS**

The Oklahoma Police Pension and Retirement Systems ("OPPRS"), City of Hollywood (FL) Employees' Retirement Fund ("Hollywood"), and Tulare County Employees' Retirement Association ("TCERA") (collectively, the "Institutional Investor Group"), by and through its counsel, hereby respectfully moves this Court to: (i) be appointed Lead Plaintiff in the consolidated securities class action; (ii) approve its selection and retention of Block & Leviton

LLP and Grant & Eisenhofer P.A. as Co-Lead Counsel; and (iii) consolidate all related securities class actions filed against Abiomed, Inc., et al.

In support of this Motion, the Institutional Investor Group submits herewith a Memorandum of Law, the Declaration of Jeffrey C. Block, and a Proposed Order.

DATED:  January 15, 2013 **BLOCK & LEVITON LLP**

By:     /s/ Jeffrey C. Block

Jeffrey C. Block (BBO #600747)
Scott A. Mays (BBO #663396)
Leigh E. O'Neil (BBO #681459)
155 Federal Street
Suite 1303
Boston, MA 02110
Telephone:  (617) 398-5600
Facsimile:  (617) 507-6020

*Proposed Co-Lead Counsel for the Class*

**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer
485 Lexington Avenue
New York, New York 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
          and
Geoffrey C. Jarvis
Ned C. Weinberger
123 Justison Street
Wilmington, DE  19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100

*Proposed Co-Lead Counsel for the Class*

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey C. Block, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 15, 2013.

Dated: January 15, 2013                   /s/ Jeffrey C. Block
                                          Jeffrey C. Block