UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARSE and ARLENE SIMON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABIOMED, INC., MICHAEL R. MINOGUE, and ROBERT L. BOWEN,<br><br>Defendants. | Civil Action No.<br>12-12137-FDS |

## ORDER OF DISMISSAL

**Saylor, D. J.**

In accordance with the Court's Memorandum and Order issued on April 10, 2014, granting the defendants' motion to dismiss, it is hereby ORDERED that the above-entitled action be dismissed.

So Ordered.

F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE

By the Court:
**/s/ Pietro Cicolini**
**Deputy Clerk**

**April 10, 2014**
Date